UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Willie E. Bennett, et al.<br><br>**Plaintiff(s)**<br><br>v.<br><br>Ed Schafer, Secretary, The United States Department of Agriculture<br><br>**Defendant** | )<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00962<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Initial Electronic Case Filing Order on Michael B. Mukasey, US Attorney General in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on June 06, 2008 at 1:00 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Initial Electronic Case Filing Order on Michael B. Mukasey, US Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Donna Monroe, General Clerk II, authorized to accept. Described herein:

Gender: Female   Race/Skin: Black   Hair: Black   Age: 48   Height: 5'5"   Weight: 170


I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-10-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Willie E. Bennett, et al.<br><br>**Plaintiff(s)**<br><br>v.<br><br>Ed Schafer, Secretary, The United States Department of Agriculture<br><br>**Defendant** | )<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00962<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Initial Electronic Case Filing Order on Jeffrey A. Taylor, US Attorney for the District of Columbia in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on June 06, 2008 at 1:30 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Initial Electronic Case Filing Order on Jeffrey A. Taylor, US Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Gary Nails, Docket Clerk, authorized to accept. Described herein:

Gender: Male   Race/Skin: Black   Hair: Black   Age: 32   Height: 5'6"   Weight: 150

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

_6-10-08_
Executed on:

_Wesley Jennings_
Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Willie E. Bennett, et al.<br><br>**Plaintiff(s)**<br><br>v.<br><br>Ed Schafer, Secretary, The United States Department of Agriculture<br><br>**Defendant** | )<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00962<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Initial Electronic Case Filing Order on Ed Schafer, Secretary, The United States Department of Agriculture in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on June 06, 2008 at 2:10 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Initial Electronic Case Filing Order on Ed Schafer, Secretary, The United States Department of Agriculture at 1400 Independence Avenue, SW, Washington, DC 20250 by serving Jim Kelly, Deputy General Counsel, authorized to accept. Described herein:

Gender: Male    Race/Skin: White    Hair: Black/Greying    Age: 57    Height: 5'8"    Weight: 155

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-10-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Willie E. Bennett, et al.<br><br>**Plaintiff(s)**<br><br>v.<br><br>Ed Schafer, Secretary, The United States Department of Agriculture<br><br>**Defendant** | )<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00962<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Initial Electronic Case Filing Order on Michael B. Mukasey, US Attorney General in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on June 06, 2008 at 1:00 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Initial Electronic Case Filing Order on Michael B. Mukasey, US Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Donna Monroe, General Clerk II, authorized to accept. Described herein:

Gender: Female    Race/Skin: Black    Hair: Black    Age: 48    Height: 5'5"    Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-10-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-003168                                                                                                           Client Reference: N/A

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Willie E. Bennett, et al.<br><br>**Plaintiff(s)**<br><br>v.<br><br>Ed Schafer, Secretary, The United States Department of Agriculture<br><br>**Defendant** | )<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00962<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Initial Electronic Case Filing Order on Jeffrey A. Taylor, US Attorney for the District of Columbia in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on June 06, 2008 at 1:30 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Initial Electronic Case Filing Order on Jeffrey A. Taylor, US Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Gary Nails, Docket Clerk, authorized to accept. Described herein:

Gender: Male   Race/Skin: Black   Hair: Black   Age: 32   Height: 5'6"   Weight: 150

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

_6-10-08_
Executed on:

_Wesley Jennings_
Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Willie E. Bennett, et al. <br><br> **Plaintiff(s)** <br><br> v. <br><br> Ed Schafer, Secretary, The United States Department of Agriculture <br><br> **Defendant** | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:08-cv-00962 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Initial Electronic Case Filing Order on Ed Schafer, Secretary, The United States Department of Agriculture in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 06, 2008 at 2:10 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, and Initial Electronic Case Filing Order on Ed Schafer, Secretary, The United States Department of Agriculture at 1400 Independence Avenue, SW, Washington, DC 20250 by serving Jim Kelly, Deputy General Counsel, authorized to accept. Described herein:

Gender: Male    Race/Skin: White    Hair: Black/Greying    Age: 57    Height: 5'8"    Weight: 155

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-10-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-003104                                                                                                 Client Reference: N/A