# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL BLACK FARMERS ASSOCIATION, *et al.*, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Civil Action No. 08-cv-940 (PLF) |
| | ) | |
| ED SCHAFER, Secretary of the United States Department of Agriculture, | ) ) ) | |
| Defendant. | ) ) | |
| MARY LEE AGEE, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Civil Action No. 08-cv-882 (PLF) |
| | ) | |
| ED SCHAFER, Secretary of the United States Department of Agriculture, | ) ) ) | |
| Defendant. | ) ) | |
| FOREST KIMBROUGH, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Civil Action No. 08-cv-901 (PLF) |
| | ) | |
| ED SCHAFER, Secretary of the United States Department of Agriculture, | ) ) ) | |
| Defendant. | ) ) | |

**LINDA ADAMS,** *et al.,*                )
                                           )
    **Plaintiffs,**       )
                                           )
    **v.**               )    **Civil Action No. 08-cv-919 (PLF)**
                                           )
**ED SCHAFER, Secretary of the United**    )
**States Department of Agriculture,**      )
                                           )
    **Defendant.**       )
                                           )

**WILLIE E. BENNETT,** *et al.,*           )
                                           )
    **Plaintiffs,**       )
                                           )
    **v.**               )    **Civil Action No. 08-cv-962 (PLF)**
                                           )
**ED SCHAFER, Secretary of the United**    )
**States Department of Agriculture,**      )
                                           )
    **Defendant.**       )
                                           )

**AMBROSE McKINNEY,** *et al.,*            )
                                           )
    **Plaintiffs,**       )
                                           )
    **v.**               )    **Civil Action No. 08-cv-1062 (PLF)**
                                           )
**ED SCHAFER, Secretary of the United**    )
**States Department of Agriculture,**      )
                                           )
    **Defendant.**       )
                                           )

**JAMES BOLTON,** *et al.,*                )
                                           )
    **Plaintiffs,**       )
                                           )
    **v.**               )    **Civil Action No. 08-cv-1070 (PLF)**
                                           )
**ED SCHAFER, Secretary of the United**    )
**States Department of Agriculture,**      )
                                           )
    **Defendant.**       )
                                           )

**BLACK FARMERS AND**           )
**AGRICULTURISTS**              )
**ASSOCIATION, INC.,** *et al.,*  )
                                )
    **Plaintiffs,**   )
                                )
    **v.**             )       **Civil Action No. 08-cv-1188 (PLF)**
                                )
**ED SCHAFER, Secretary of the United**  )
**States Department of Agriculture,**    )
                                )
    **Defendant.**     )
_____)

## MOTION FOR ENTRY OF PROPOSED CASE MANAGEMENT ORDER NO. 1 AND MEMORANDUM IN SUPPORT

Pursuant to Rules 16 and 42 of the Federal Rules of Civil Procedure, Plaintiffs in Civil Action Nos. 08-cv-882, 901, 919, 940, 962, 1062, and 1070 hereby request entry of the attached proposed Case Management Order No. 1.  Consistent with the purposes of Rules 16 and 42, Plaintiffs believe that the proposed Order will "expedit[e] disposition of the action," "establish[] early and continuing control [of the case] so that [it] will not be protracted because of lack of management," and "avoid unnecessary cost or delay" in resolving these claims.  Accordingly, based on the foregoing authority, entry of Case Management Order No. 1 is warranted, and Plaintiffs in the above-referenced actions respectfully request the Court to grant their Motion.

Pursuant to Local Rule 7(m), Plaintiffs' counsel have conferred with counsel for the Defendant, counsel for the Plaintiffs in Civil Action No. 08-cv-1188, and counsel for the Plaintiffs in Civil Action Nos. 2:08-cv-520 and 2:08-cv-538 (M.D. Ala.),[1] in a good faith effort to reach agreement on the issues set forth in this Motion.  Plaintiffs' counsel in CA No. 08-cv-

---

[1]    Case Nos. 2:08-cv-520 and 2:08-cv-538 are currently pending in the United States District Court for the Middle District of Alabama, and discussions are underway regarding the transfer of these cases to this Court.

1

1188 have advised undersigned counsel that they do not object to the general case management structure outlined in the proposed Order, but do object to its entry by the Court because of the designation of Lead Counsel in Paragraph 6 of the proposed Order. Counsel for Case Nos. 2:08-cv-520 and 2:08-cv-538 (M.D. Ala.) do not object to the entry of this proposed Order. Counsel for the Defendant have advised that Defendant does not oppose the entry of Case Management Order No. 1. Defendant has played no role in, and takes no position on, the establishment of Plaintiffs' Lead Counsel, Liaison Counsel, a steering committee, or which attorney(s) will serve in those roles.

Accordingly, Plaintiffs respectfully request the entry of Case Management Order No. 1.

Dated: July 24, 2008

Respectfully submitted,

_____/s/_____
J. L. Chestnut, Jr.
Henry Sanders
Rose M. Sanders
CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
One Union Street
Selma, AL 36701
Tel: 334-875-9264
Fax 334-875-9853

_____/s/_____
David J. Frantz, D.C. Bar #202853
Brian P. Phelan, D.C. Bar #193441
CONLON, FRANTZ & PHELAN, LLP
1818 N Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-331-7050
Fax: 202-331-9306

_____/s/_____
Andrew H. Marks, D.C. Bar #932269
Laurel Pyke Malson, D.C. Bar #317776
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-624-2920
Fax: 202-628-5116
E-mail 1: amarks@crowell.com
E-mail 2: lmalson@crowell.com

Attorneys for Case Nos. 08-cv-940 and 1062

_____/s/_____
Harris Pogust, D.C. Bar # AR 0001
POGUST, BRASLAW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Tel: 610-941-4204
Fax: 610-941-4245

Attorney for Case Nos. 08-cv-882, 919, 962 and 1070

_____ /s/ _____
Phillip L. Fraas, D.C. Bar #211219
LAW OFFICE OF PHILLIP L. FRAAS
818 Connecticut Ave., N.W., 12th Floor
Washington, DC 20006
Tel: 202-223-1499
Fax: 202-223-1699

Attorneys for Case No. 08-cv-901


*Of Counsel*:

James Scott Farrin
LAW OFFICES OF JAMES SCOTT FARRIN
4819 Emperor Boulevard, Suite 200
Durham, NC 27703
Tel: 919-688-4991
Fax: 919-688-4468

Donald McEachin
MCEACHIN & GEE LLP
4719 Nine Mile Road
Richmond, VA 23223
Tel: 804-226-4111
Fax: 804-226-8888

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 24th day of July 2008, I caused a copy of the foregoing Motion for Entry of Proposed Case Management Order No. 1 and Memorandum in Support to be filed electronically and that the document is available for viewing and downloading from the ECF system.  I also certify that I sent a copy of this document and any attachments by electronic-mail or fax to the following counsel of record in the above-referenced cases:

J. L. Chestnut, Jr.
Henry Sanders
Rose M. Sanders
CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
One Union Street
Selma, AL 36701
ebryant@csspca.com

David J. Frantz
Brian P. Phelan
CONLON, FRANTZ & PHELAN, LLP
1818 N Street, NW, Suite 400
Washington, DC 20036
dfrantz@conlonfrantz.com
bphelan@conlonfrantz.com

Phillip L. Fraas
LAW OFFICE OF PHILLIP L. FRAAS
818 Connecticut Ave., NW, 12th Floor
Washington, DC 20006
pfraas@phillipfraaslaw.com

Gary E. Mason
THE MASON LAW FIRM, L.L.P.
1225 19th ST., N.W., Suite 500
Washington, DC 20036
gmason@masonlawdc.com

Scott Wm. Weinstein
MORGAN & MORGAN, P.A.
12800 University Drive, Suite 600
Fort Myers, Florida 33907
sweinstein@forthepeople.com

James Scott Farrin
LAW OFFICES OF JAMES SCOTT FARRIN
4819 Emperor Boulevard, Suite 200
Durham, NC 27703
jfarrin@farrin.com

Donald McEachin
MCEACHIN & GEE LLP
4719 Nine Mile Road
Richmond, VA 23223
dmceachin@mceachingee.com

Harris Pogust
POGUST, BRASLAW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
hpogust@pbmattorneys.com

William Lewis Garrison
William L. Bross, IV
Gayle L. Douglas
HENINGER, GARRISON & DAVIS LLC
Post Office Box 11310
2224 1st Avenue North
Birmingham, AL 35202
wlgarrison@hgdlawfirm.com
wlbross@hgdlawfirm.com
gdouglas@hgdlawfirm.com

Walter B. Calton
Michael A. Rutland
CALTON & RUTLAND LLC
Post Office Box 696
Eufaula, AL 36027
wcalton@bellsouth.net
Fax:  334-687-2466

Gregorio A. Francis
MORGAN & MORGAN, P.A.
20 North Orange Ave., Suite 1600
Orlando, FL 32801
gfrancis@forthepeople.com

A. Michael Espy
MIKE ESPY, PLLC
317 E. Capitol Street, Suite 101
Jackson, MS 39201
mike@mikespy.com

Michael Sitcov
Rachel J. Hines
Tamra T. Moore
UNITED STATES DEPARTMENT OF JUSTICE
Federal Programs Branch
Civil Division
20 Massachusetts Avenue N.W., Room 6146
Washington, DC  20001
michael.sitcov@usdoj.gov
rachel.hines@usdoj.gov
tamra.moore@usdoj.gov

Doris Coles-Huff
Rudolph Contreras
UNITED STATES ATTORNEY'S OFFICE
Civil Division, Room E4216
555 4th Street, N.W.
Washington, DC 20530
doris.coles@usdoj.gov
rudolph.contreras@usdoj.gov

Jimmy Spurlock Calton, Jr.
LAW OFFICES OF CALTON & CALTON
226 East Broad Street
Eufaula, AL 36027
caltonlaw@eufaula.rr.com

_____
/s/
David E. Bell

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL BLACK FARMERS ASSOCIATION, *et al.*, | ) ) ) ) | |
|     Plaintiffs, | ) ) | |
|     v. | ) ) | Civil Action No. 08-cv-940 (PLF) |
| ED SCHAFER, Secretary of the United States Department of Agriculture, | ) ) ) | |
|     Defendant. | ) ) | |
| MARY LEE AGEE, *et al.*, | ) ) | |
|     Plaintiffs, | ) ) | |
|     v. | ) ) | Civil Action No. 08-cv-882 (PLF) |
| ED SCHAFER, Secretary of the United States Department of Agriculture, | ) ) ) | |
|     Defendant. | ) ) | |
| FOREST KIMBROUGH, *et al.*, | ) ) | |
|     Plaintiffs, | ) ) | |
|     v. | ) ) | Civil Action No. 08-cv-901 (PLF) |
| ED SCHAFER, Secretary of the United States Department of Agriculture, | ) ) ) | |
|     Defendant. | ) ) | |

LINDA ADAMS, *et al.*,                    )
                                          )
    Plaintiffs,                           )
                                          )
    v.                                    )    Civil Action No. 08-cv-919 (PLF)
                                          )
ED SCHAFER, Secretary of the United       )
States Department of Agriculture,         )
                                          )
    Defendant.                            )
_____ )
WILLIE E. BENNETT, *et al.*,              )
                                          )
    Plaintiffs,                           )
                                          )
    v.                                    )    Civil Action No. 08-cv-962 (PLF)
                                          )
ED SCHAFER, Secretary of the United       )
States Department of Agriculture,         )
                                          )
    Defendant.                            )
_____ )
AMBROSE McKINNEY, *et al.*,               )
                                          )
    Plaintiffs,                           )
                                          )
    v.                                    )    Civil Action No. 08-cv-1062 (PLF)
                                          )
ED SCHAFER, Secretary of the United       )
States Department of Agriculture,         )
                                          )
    Defendant.                            )
_____ )
JAMES BOLTON, *et al.*,                   )
                                          )
    Plaintiffs,                           )
                                          )
    v.                                    )    Civil Action No. 08-cv-1070 (PLF)
                                          )
ED SCHAFER, Secretary of the United       )
States Department of Agriculture,         )
                                          )
    Defendant.                            )
_____ )

| | |
|---|---|
| **BLACK FARMERS AND** )<br>**AGRICULTURISTS** )<br>**ASSOCIATION, INC.,** *et al.*, )<br> )<br>    **Plaintiffs,** )<br> )<br>    v. )<br> )<br>**ED SCHAFER, Secretary of the United** )<br>**States Department of Agriculture,** )<br> )<br>    **Defendant.** )<br>────────────────────────── ) | **Civil Action No. 08-cv-1188 (PLF)** |

## PROPOSED CASE MANAGEMENT ORDER NO. 1

Pursuant to the enactment of the Food, Conservation and Energy Act of 2008 ("2008 Farm Bill"), which became law on May 22, 2008, the eight above-captioned actions were commenced in this Court. The plaintiffs in all of these actions assert claims for relief under Section 14012 of the 2008 Farm Bill. Because of the large number of individual plaintiffs asserting claims for relief and because of the potential for confusion, as identified by the Court in an Order dated July 3, 2008, the Court hereby enters this Case Management Order No. 1.

## I.    CASE CONSOLIDATION

1.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions and any other timely-filed actions in the U.S. District Court for the District of Columbia relating to relief under Section 14012 of the 2008 Farm Bill are hereby consolidated and will be coordinated for all purposes. This action shall be captioned "*In re Black Farmers Discrimination Litigation*," and the case file shall be maintained under a Master Civil Action No. 2008 _____.

2.    In addition to the more than 4,000 plaintiffs on whose behalf the above-captioned cases were filed, Counsel for the Plaintiffs in these cases ("Plaintiffs' Counsel"), listed below,

have advised the Court that they represent approximately 45,000 additional potential plaintiffs, on whose behalf claims may be filed under the 2008 Farm Bill.  Any and all such new claims on behalf of these claimants represented by Plaintiffs' Counsel, together with any other timely-filed complaints in the U.S. District Court for the District of Columbia by other counsel for claimants, will be consolidated and coordinated under this action.[1]

     3.     Plaintiffs' Counsel representing Plaintiffs in the eight above-captioned actions consist of the following firms:

CHESTNUT, SANDERS, SANDERS,
PETTAWAY & CAMPBELL, L.L.C.
One Union Street
Selma, AL  36701
Tel:  334-875-9264
Fax:  334-875-9853

CONLON, FRANTZ & PHELAN, LLP
1818 N Street, N.W., Suite 400
Washington, DC 20036
Tel:  202-331-7050
Fax:  202-331-9306

LAW OFFICE OF PHILLIP L. FRAAS
818 Connecticut Ave., N.W., 12th floor
Washington, DC 20006
Tel:  202-223-1499
Fax:  202-223-1699

*Attorneys for Plaintiffs in Case No. 08-0901*

CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:  202-624-2500
Fax:  202-628-5116

LAW OFFICES OF JAMES SCOTT FARRIN
4819 Emperor Boulevard, Suite 200
Durham NC, 27703
Tel:  919-688-4991
Fax:  919-688-4468

MCEACHIN & GEE LLP
4719 Nine Mile Road
Richmond, VA 23223
Tel:  804-226-4111
Fax:  804-226-8888

*Attorneys for Plaintiffs in Case Nos. 08-0940*
*and 08-1062*

---

[1]    In light of the consolidation set forth in this Order, the class-action complaint filed in *Kimbrough, et al. v. Schafer*, No. 08-cv-901, will be amended to eliminate the class allegations.

THE MASON LAW FIRM, L.L.P.
1225 19th ST., N.W., Suite 500
Washington, DC 20036
Tel:  202-429-2290
Fax:  202-429-2294

MORGAN & MORGAN, P.A.
12800 University Drive
Suite 600
Fort Myers, Florida 33907
Tel:  239-433-6880
Fax:  239-433-6836

MIKE ESPY, PLLC
317 E. Capitol Street, Suite 101
Jackson, MS 39201
Tel:  601-355-9101
Fax:  601-355-6021

*Attorneys for Plaintiffs in Case No. 08-1188*

POGUST, BRASLOW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA  19428
Tel:  610-941-4204
Fax:  610-941-4245

*Attorneys for the Plaintiffs in Case Nos. 08-0882, 08-0919, 08-0962 and 08-1070*

     4.     In addition, there are two cases, also filed under Section 14012 of the 2008 Farm Bill, currently pending in the United States District Court for the Middle District of Alabama, under case numbers 2:08-cv-520 and 2:08-cv-538.  Discussions are underway regarding the transfer of these cases to this Court.  The following firms are Counsel for Plaintiffs in those cases:

     HENINGER GARRISON DAVIS, LLC
     2224 1st Avenue North
     Birmingham, AL 35203
     Tel:  205-326-3336
     Fax:  205-326-3332

     WALTER B. CALTON, ATTORNEY AT LAW
     312 East Broad Street
     Eufaula, AL 36027

     RUTLAND & JANKIEWICZ, LLC
     128 North Orange Avenue
     Eufaula, AL 35027

LAW OFFICES OF CALTON & CALTON
226 East Broad Street
Eufaula, AL 36027

5.      This Order, and any additional case management orders entered in this litigation,

shall govern each case consolidated and coordinated herein.

## II.     PLAINTIFFS' LEAD COUNSEL[2]

6.      This Court hereby appoints Co-Lead Counsel for all of the actions consolidated

pursuant to this Order:

| | |
|---|---|
| J. L. Chestnut, Jr. | Andrew H. Marks |
| CHESTNUT, SANDERS, SANDERS, | CROWELL & MORING LLP |
| PETTAWAY & CAMPBELL, L.L.C. | 1001 Pennsylvania Avenue, N.W. |
| One Union Street | Washington, DC  20004 |
| Selma, AL  36701 | Tel:  202- 624-2920 |
| Tel:  334-875-9264 | Fax:  202-628-5116 |
| Fax:  334-875-9853 | E-mail:  amarks@crowell.com |

7.      The Court anticipates that the above counsel will take the lead in all proceedings

before the Court, subject to the rights of other counsel as set forth in ¶ 11.A(3) below.

## III.    PLAINTIFFS' LIAISON COUNSEL

8.      The Plaintiffs' Liaison Counsel will be:

> Laurel Pyke Malson
> CROWELL & MORING LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, DC  20004
> Tel:  202- 624-2576
> Fax:  202-628-5116
> E-mail:  lmalson@crowell.com

9.      The responsibilities of the Plaintiffs' Liaison Counsel shall include:

---

[2]      Neither Defendant nor Defendant's counsel played a role in the decision to establish Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel, Plaintiffs' Steering Committee, or in the decision about which attorney(s) will serve in those roles.

A.    To receive and distribute to all counsel representing plaintiffs in this consolidated action ("All Plaintiffs' Counsel"), as appropriate, orders, notices and correspondence from the Court;

B.    To coordinate with, and receive calls from, Defendant's Counsel;

C.    To coordinate the filing of notices and papers by All Plaintiffs' Counsel;

D.    To be available for any telephone conferences convened by the Court and to communicate the substance of any such telephone conference to All  Plaintiffs' Counsel;

E.    If Ms. Malson is unavailable, Mr. Marks will perform the duties of the Plaintiffs' Liaison Counsel, and should be contacted in her stead.  Mr. Marks' contact information is listed in ¶ 6 above.

F.    This Court reserves the discretion to replace the Liaison Counsel, on the Liaison Counsel's own request or this Court's own motion, should she become unable to meet her obligations and responsibilities as Liaison Counsel.

## IV.    PLAINTIFFS' STEERING COMMITTEE

10.    This Court hereby appoints a Plaintiffs' Steering Committee ("PSC") which shall consist of the following attorneys:

J.L. Chestnut, Jr.
CHESTNUT, SANDERS, SANDERS, PETTAWAY & CAMPBELL, LLC
One Union Street
Selma, AL 36702
Tel:  334-875-9264

Harris L. Pogust
POGUST, BRASLOW & MILLROOD, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
Tel:  610-941-4204
E-mail:  hpogust@pbmattorneys.com

James Scott Farrin
LAW OFFICES OF JAMES SCOTT FARRIN
4819 Emperor Blvd, Suite 200
Durham, NC 27703
Tel:  919-688-4468
E-mail:  jfarrin@farrin.com

Scott Wm. Weinstein
MORGAN & MORGAN, P.A.
12800 University Drive, Suite 600
Fort Myers, Florida 33907
Tel:  239-433-6880
E-mail:  sweinstein@forthepeople.com

11.     Responsibilities of the PSC include:

A.     <u>Hearings and Meetings</u>

(1)     Call meetings of All Plaintiffs' Counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court;

(2)     Initiate proposals, suggestions, schedules, or joint briefs, and for any other appropriate matter(s) pertaining to pretrial proceedings, including discovery, as appropriate;[3]

(3)     The PSC or lawyers designated by the PSC shall, together with Lead Counsel, act as spokesperson for all Plaintiffs at pretrial proceedings and in response to any inquiries by the Court, subject, of course, to the right of any plaintiffs' counsel to present non-repetitive individual or different positions as permitted by the Court.

## V.     DEFENDANT'S COUNSEL

12.     Counsel for Defendant will be:

Michael Sitcov
Rachel J. Hines
Tamra T. Moore
UNITED STATES DEPARTMENT OF JUSTICE

---

[3]      Defendant has informed Plaintiffs' Counsel that to the extent claimants opt to follow the expedited procedures in § 14012(f), Defendant would oppose any discovery.

Federal Programs Branch
Civil Division
20 Massachusetts Avenue N.W., Room 6146
Washington, DC  20001
Tel:  202-514-5532
E-mail:  michael.sitcov@usdoj.gov
E-mail:  rachel.hines@usdoj.gov
E-mail:  tamra.moore@usdoj.gov

Doris Coles-Huff
UNITED STATES ATTORNEY'S OFFICE
Civil Division, Room E4216
555 4th Street, N.W.
Washington, DC 20530
Tel:  202-514-7170
E-mail:  doris.coles@usdoj.gov

## VI.    PRIVILEGES

13.    The Court recognizes that cooperation among counsel and Parties is essential for the orderly and expeditious resolution of this litigation.  The communication, transmission or dissemination of information in connection with the above-captioned cases among the Plaintiffs' counsel shall not be deemed a waiver of the attorney-client privilege, the protection afforded by the work product doctrine, the protection afforded to material prepared for litigation, the joint prosecution privilege, or any other privilege to which a party may be entitled.  Cooperative efforts, as described above, shall not in any way be used against any of the Parties, and shall not be cited as purported evidence of a conspiracy, wrongful action or wrongful conduct at the trial of any action.  Nothing in this paragraph shall in any way affect the applicability of any privileges or protection against disclosure otherwise available under law.

## VII.    BLACK FARMERS DISCRIMINATION LITIGATION WEBSITE AND PHONE BANK

14.    In the interest of disseminating consistent, accurate and reliable information for claimants, potential claimants and their respective counsel who are seeking relief under the 2008

Farm Bill, the PSC will establish a publicly available website and a phone bank with a toll-free

number.  Plaintiffs' Counsel will be solely responsible for the information on the website,

including the accuracy of its content.  The website shall provide the toll-free number to which

the Court, the *Pigford* Monitor and/or Defendant's Counsel may refer potential claimants for

information.  The website and phone bank will be established solely for the purpose of this

consolidated litigation and will provide information concerning, *inter alia*, case status, eligibility

information, filing procedures, hearing information and claims administration.


      **IT IS SO ORDERED.**

      Dated this ___ day of _____ 2008.

                  BY THE COURT:


                  _____

                  Paul L. Friedman
                  UNITED STATES DISTRICT JUDGE